**FILED**
May 6, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                      )<br>                   Plaintiff,             )<br>v.                                                 )<br>                                                      )<br>MARCUS PRIDE,                        )<br>                   Defendant.          )<br>_____) | Case No. CR.S-11-0170-LKK<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release MARCUS PRIDE, Case No. CR.S-11-0170-LKK from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __    Release on Personal Recognizance

    _X_    Bail Posted in the Sum of: $50,000.00

           _X_    Co-Signed Unsecured Appearance Bond

           __    Secured Appearance Bond

           _X_    (Other) Conditions as stated on the record.

           _X_    (Other) The Defendant is to be released on May 9, 2011 at 8:30 a.m. to the custody of the Pretrial Services Officer.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at   Sacramento, CA   on   05-06-11   at  *10:30 AM*.

By _____
Edmund F. Brennan
United States Magistrate Judge