DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
MARCUS DESHAUN PRIDE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                              )<br>            Plaintiff,        )<br>                              )<br>       v.                     )<br>                              )<br> MARCUS DESHAUN PRIDE,         )<br>                              )<br>            Defendants.       )<br>                              )<br>_____) | Cr.S. 11-170-LKK<br><br>**STIPULATION AND ORDER**<br><br>DATE:  July 26, 2011<br>TIME:  9:15 a.m.<br>JUDGE: Hon. Lawrence K. Karlton |

It is hereby stipulated and agreed to between the United States of America through JASON HITT, Assistant U.S. Attorney, and defendant, MARCUS DESHAUN PRIDE by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Tuesday, June 21, 2011, be continued to Tuesday, July 26, 2011, at 9:15 a.m..

This continuance is requested as the parties are working toward resolution but need additional time to finalize an agreement.

It is further stipulated that the time period from the date of this stipulation, June 14, 2010, through and including the date of the new status conference hearing, July 26, 2011, shall be excluded from computation of time within which the trial of this matter must be

1 commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161
2 (h)(7)(B)(iv)and Local Code T4 [reasonable time for defense counsel to
3 prepare].
4 DATED: June 14, 2011          Respectfully submitted,
5                               DANIEL J. BRODERICK
                                Federal Defender
6
                                /s/ Benjamin Galloway
7                               BENJAMIN GALLOWAY
                                Assistant Federal Defender
8                               Attorney for Defendant
                                MARCUS DESHAUN PRIDE
9
10 DATED: June 14, 2011          BENJAMIN GALLOWAY
                                United States Attorney
11
                                /s/ Benjamin Galloway for
12                               JASON HITT
                                Assistant U.S. Attorney
13                               Attorney for Plaintiff
14
15
                                  **O R D E R**
16
17   Based on the stipulation of the parties and good cause appearing
18 therefrom, the Court hereby adopts the stipulation of the parties in
   its entirety as its order.  It is hereby ordered that the presently set
19 June 21, 2011, status conference shall be continued to July 26, 2011,
20 at 9:15 a.m..  It is further ordered that the time period from the date
21 of the parties' stipulation, June 14, 2011, through and including the
22 date of the new status conference hearing, July 26, 2011, shall be
23 excluded from computation of time within which the trial of this matter
24 must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §
25 3161 (h)(7)(B)(iv) and Local Code T4 [reasonable time for defense
26 counsel to prepare].
27   Based on the stipulation of the parties and good cause appearing
28 therefrom, the Court hereby finds that the failure to grant a

**2**

1 continuance in this case would deny defense counsel reasonable time for
2 effective preparation taking into account the exercise of due
3 diligence.  The Court specifically finds that the ends of justice
4 served by the granting of such continuance outweigh the interests of
5 the public and the defendant in a speedy trial.
6     **IT IS SO ORDERED.**
7
8 DATED: June 16, 2011
     _____
     LAWRENCE K. KARLTON
9    SENIOR JUDGE
     UNITED STATES DISTRICT COURT