1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  BENJAMIN D. GALLOWAY, Bar# 214897
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   MARCUS DESHAUN PRIDE

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

   UNITED STATES OF AMERICA,     )
12                               )    Cr.S. 11-170-LKK
                   Plaintiff,    )
13                               )    **STIPULATION AND ORDER**
          v.                     )
14                               )    DATE:   October 18, 2011
   MARCUS DESHAUN PRIDE,         )    TIME:   9:15 a.m.
15                               )    JUDGE:  Hon. Lawrence K. Karlton
                   Defendants.   )
16                               )
   _____)
17

18       It is hereby stipulated and agreed to between the United States of

19  America through JASON HITT, Assistant U.S. Attorney, and defendant,

20  MARCUS DESHAUN PRIDE by and through his counsel, BENJAMIN GALLOWAY,

21  Assistant Federal Defender, that the status conference set for Tuesday,

22  September 20, 2011, be continued to Tuesday, October 18, 2011, at 9:15

23  a.m..

24       The reason for this continuance is to allow defense counsel

25  additional time to review discovery with the defendant, to examine

26  possible defenses and to continue investigating the facts of the case.

27  In addition, this continuance is requested as the parties are working

28  toward resolution but need additional time to finalize an agreement.

1   It is further stipulated that the time period from the date of this

2   stipulation, September 14, 2011, through and including the date of the

3   new status conference hearing, October 18, 2011, shall be excluded from

4   computation of time within which the trial of this matter must be

5   commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161

6   (h)(7)(B)(iv)and Local Code T4 [reasonable time for defense counsel to

7   prepare].

8

9   DATED: September 14, 2011     Respectfully submitted,

10                                DANIEL J. BRODERICK
                                  Federal Defender
11
                                  /s/ Benjamin Galloway
12                                BENJAMIN GALLOWAY
                                  Assistant Federal Defender
13                                Attorney for Defendant
                                  MARCUS DESHAUN PRIDE
14

15  DATED: September 14, 2011     BENJAMIN B. WAGNER
                                  United States Attorney
16
                                  /s/ Benjamin Galloway for
17                                JASON HITT
                                  Assistant U.S. Attorney
18                                Attorney for Plaintiff

19

20
                              **O R D E R**
21
22   Based on the stipulation of the parties and good cause appearing

     therefrom, the Court hereby adopts the stipulation of the parties in
23
     its entirety as its order.  It is hereby ordered that the presently set
24
     September 20, 2011, status conference shall be continued to October 18,
25
     2011, at 9:15 a.m..  It is further ordered that the time period from
26
     the date of the parties' stipulation, September 14, 2011, through and
27
     including the date of the new status conference hearing, October 18,
28
     2011, shall be excluded from computation of time within which the trial

of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time for effective preparation taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

**IT IS SO ORDERED.**

DATED: September 15, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT