```
DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
MARCUS DESHAUN PRIDE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr.S. 11-170-LKK |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | |
| ) | DATE:  December 6, 2011 |
| MARCUS DESHAUN PRIDE, ) | TIME:  9:15 a.m. |
| ) | JUDGE: Hon. Lawrence K. Karlton |
| Defendants. ) | |

   This case is currently scheduled for a status conference on October 18, 2011.  The parties have conferred and agree that additional time is needed for negotiation between the parties with the hope of resolving the case.  Specifically, the parties have agreed that a pre-plea advisory guideline presentence investigation report would aid the parties toward resolving the case and respectfully request that this Court order the Probation Office to produce a pre-plea advisory guideline presentence investigation report in Mr. Pride's case.

   It is hereby stipulated and agreed to between the United States of America through JASON HITT, Assistant U.S. Attorney, and defendant, MARCUS DESHAUN PRIDE by and through his counsel, BENJAMIN GALLOWAY,

1  Assistant Federal Defender, that the status conference set for Tuesday,
2  October 18, 2011, be continued to Tuesday, December 6, 2011, at 9:15
3  a.m..
4      The reason for this continuance is to allow defense counsel
5  additional time to review discovery with the defendant, to examine
6  possible defenses and to continue investigating the facts of the case.
7  The parties agree that a pre-plea advisory guideline presentence
8  investigation report from the probation office will aid counsel in
9  resolving the case.
10     It is further stipulated that the time period from the date of this
11 stipulation, October 3, 2011, through and including the date of the new
12 status conference hearing, December 6, 2011, shall be excluded from
13 computation of time within which the trial of this matter must be
14 commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161
15 (h)(7)(B)(iv)and Local Code T4 [reasonable time for defense counsel to
16 prepare].

DATED: October 3, 2011        Respectfully submitted,

                              DANIEL J. BRODERICK
                              Federal Defender

                              /s/ Benjamin Galloway
                              BENJAMIN GALLOWAY
                              Assistant Federal Defender
                              Attorney for Defendant
                              MARCUS DESHAUN PRIDE

DATED: October 3, 2011        BENJAMIN B. WAGNER
                              United States Attorney

                              /s/ Benjamin Galloway for
                              JASON HITT
                              Assistant U.S. Attorney
                              Attorney for Plaintiff

**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.  It is hereby ordered that the presently set October 18, 2011, status conference shall be continued to December 6, 2011, at 9:15 a.m..  It is further ordered that the time period from the date of the parties' stipulation, October 3, 2011, through and including the date of the new status conference hearing, December 6, 2011, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time for effective preparation taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

In addition, the Court further ORDERS the United States Probation Office to prepare and disclose to the parties a  pre-plea advisory guideline presentence investigation report.

**IT IS SO ORDERED.**

DATED: October 7, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT