```
DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
MARCUS DESHAUN PRIDE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>                              )<br>          Plaintiff,          )<br>                              )<br>     v.                       )<br>                              )<br>MARCUS DESHAUN PRIDE,         )<br>                              )<br>          Defendants.         )<br>                              )<br>_____) | Cr.S. 11-170-LKK<br><br>**STIPULATION AND ORDER**<br><br>DATE:   January 18, 2012<br>TIME:   9:15 a.m.<br>JUDGE:  Hon. Lawrence K. Karlton |

   This case is currently scheduled for a status conference on December 6, 2011.  The parties have conferred and agree that additional time is needed for negotiation between the parties with the hope of resolving the case.  In addition, the parties are awaiting the completion of a previously ordered pre-plea advisory guideline presentence investigation report that will aid the parties toward resolving the case.

   It is hereby stipulated and agreed to between the United States of America through JASON HITT, Assistant U.S. Attorney, and defendant, MARCUS DESHAUN PRIDE by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Tuesday,

1  December 6, 2011, be continued to Wednesday, January 18, 2012, at 9:15
2  a.m..
3     It is further stipulated that the time period from the date of this
4  stipulation, December 5, 2011, through and including the date of the
5  new status conference hearing, January 18, 2012, shall be excluded from
6  computation of time within which the trial of this matter must be
7  commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161
8  (h)(7)(B)(iv)and Local Code T4 [reasonable time for defense counsel to
9  prepare].

11 DATED: December 5, 2011        Respectfully submitted,

12                                DANIEL J. BRODERICK
                                  Federal Defender
13
                                  /s/ Benjamin Galloway
14                                BENJAMIN GALLOWAY
                                  Assistant Federal Defender
15                                Attorney for Defendant
                                  MARCUS DESHAUN PRIDE
16

17 DATED: December 5, 2011        BENJAMIN B. WAGNER
                                  United States Attorney
18
                                  /s/ Benjamin Galloway for
19                                JASON HITT
                                  Assistant U.S. Attorney
20                                Attorney for Plaintiff

23 / / /
24 / / /
25 / / /
26 / / /
27 / / /

**2**

**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.  It is hereby ordered that the presently set December 6, 2011, status conference shall be continued to January 18, 2012, at 9:15 a.m..  It is further ordered that the time period from the date of the parties' stipulation, December 5, 2011, through and including the date of the new status conference hearing, January 18, 2012, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time for effective preparation taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

**IT IS SO ORDERED.**

DATED: December 5, 2011

_/s/ Lawrence K. Karlton_
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT