1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  BENJAMIN D. GALLOWAY, Bar# 214897
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   MARCUS DESHAUN PRIDE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Cr.S. 11-170-LKK |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | |
| | ) | DATE:  February 14, 2012 |
| MARCUS DESHAUN PRIDE, | ) | TIME:  9:15 a.m. |
| | ) | JUDGE: Hon. Lawrence K. Karlton |
| Defendants. | ) | |
| | ) | |

   This case is currently scheduled for a status conference on January 18, 2012.  The parties have conferred and agree that additional time is needed for negotiation with the hope of resolving the case.  In addition, the parties are awaiting the completion of a previously ordered pre-plea advisory guideline presentence investigation report that will aid the parties toward resolving the case.

   It is hereby stipulated and agreed to between the United States of America through JASON HITT, Assistant U.S. Attorney, and defendant, MARCUS DESHAUN PRIDE by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Wednesday, January 18, 2012, be continued to Tuesday, February 14,

1  2012, at 9:15 a.m..

2      It is further stipulated that the time period from the date of this
3  stipulation, January 11, 2012, through and including the date of the
4  new status conference hearing, February 14, 2012, shall be excluded
5  from computation of time within which the trial of this matter must be
6  commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161
7  (h)(7)(B)(iv)and Local Code T4 [reasonable time for defense counsel to
8  prepare].

10  DATED: January 11, 2012        Respectfully submitted,

11                                 DANIEL J. BRODERICK
                                   Federal Defender
12
                                   /s/ Benjamin Galloway
13                                 BENJAMIN GALLOWAY
                                   Assistant Federal Defender
14                                 Attorney for Defendant
                                   MARCUS DESHAUN PRIDE
15

16  DATED: January 11, 2012        BENJAMIN B. WAGNER
                                   United States Attorney
17
                                   /s/ Benjamin Galloway for
18                                 JASON HITT
                                   Assistant U.S. Attorney
19                                 Attorney for Plaintiff

22  / / /
23  / / /
24  / / /
25  / / /
26  / / /

**O R D E R**

2

1   Based on the stipulation of the parties and good cause appearing
2 therefrom, the Court hereby adopts the stipulation of the parties in
3 its entirety as its order.  It is hereby ordered that the presently set
4 January 18, 2012, status conference shall be continued to February 14,
5 2012, at 9:15 a.m..  It is further ordered that the time period from
6 the date of the parties' stipulation, January 11, 2012, through and
7 including the date of the new status conference hearing, February 14,
8 2012, shall be excluded from computation of time within which the trial
9 of this matter must be commenced under the Speedy Trial Act, pursuant
10 to 18 U.S.C. § 3161 (h)(7)(B)(iv) and Local Code T4 [reasonable time
11 for defense counsel to prepare].

12   Based on the stipulation of the parties and good cause appearing
13 therefrom, the Court hereby finds that the failure to grant a
14 continuance in this case would deny defense counsel reasonable time for
15 effective preparation taking into account the exercise of due
16 diligence.  The Court specifically finds that the ends of justice
17 served by the granting of such continuance outweigh the interests of
18 the public and the defendant in a speedy trial.

19   **IT IS SO ORDERED.**

20
DATED: January 17, 2012

                                    _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT