1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  BENJAMIN D. GALLOWAY, Bar# 214897
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   MARCUS DESHAUN PRIDE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Cr.S. 11-170-LKK |
| Plaintiff, | ) | |
| | ) | **ORDER AFTER HEARING** |
| v. | ) | |
| | ) | DATE:  March 27, 2012 |
| MARCUS DESHAUN PRIDE, | ) | TIME:  9:15 a.m. |
| | ) | JUDGE: Hon. Lawrence K. Karlton |
| Defendants. | ) | |
| | ) | |

   This matter came before the Court for Status Conference on February 14, 2012, in the courtroom of the Honorable Lawrence K. Karlton, U.S. District Court Judge.  The government, represented by its counsel, Assistant United States Attorney, Jason Hitt, defense counsel for DANIEL JAMES HARDEN, Assistant Federal Defender Benjamin D. Galloway and the defendant was present.

   A Pre-plea Report has been received.  Both counsel requested that the matter be set for a further status conference hearing on March 27, 2012, at 9:15 a.m. to provide the parties an opportunity to work toward a negotiated resolution of this case and to allow the defense sufficient time to complete additional investigation based on the

1  contents of the Pre-plea Report.

2     IT IS HEREBY ORDERED that this matter be set for a further status
3  conference hearing on March 27, 2012, at 9:15 a.m.

4     IT IS FURTHER ORDERED that pursuant to 18 U.S.C. § 3161
5  (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4), the period
6  from February 14, 2012 to and including March 27, 2012, is excluded
7  from the time computations required by the Speedy Trial Act due to
8  ongoing preparation of counsel.

9     The Court specifically finds that the ends of justice served by
10 granting of such a continuance outweigh the interest of the public and
11 the defendant in a speedy trial.

12 DATED: February 16, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT