```
DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
MARCUS DESHAUN PRIDE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,    )
                             )   CR. S-11-170-LKK
          Plaintiff,         )
                             )   STIPULATION AND ORDER
     v.                      )
                             )   DATE:  June 19, 2012
MARCUS DESHAUN PRIDE,        )   TIME:  9:15 a.m.
                             )   JUDGE: Hon. Lawrence K. Karlton
          Defendants.        )
                             )
_____)
```

It is hereby stipulated and agreed to between the United States of America through JASON HITT, Assistant U.S. Attorney, and defendant, MARCUS DESHAUN PRIDE by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender that the status conference set for Tuesday, May 22, 2012, be continued to Tuesday, June 19, 2012, at 9:15 a.m., for status conference.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

It is further stipulated that the time period from the date of this stipulation, May 22, 2012, through and including the date of the new

1  status conference, June 19, 2012, shall be excluded from computation of
2  time within which the trial of this matter must be commenced under the
3  Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv)and Local
4  Code T4 [reasonable time for defense counsel to prepare], and that the
5  ends of justice served by the granting of such continuance outweigh the
6  interests of the public and the defendant in a speedy trial.

7  DATED: May 17, 2012                 Respectfully submitted,

8                                      DANIEL J. BRODERICK
                                       Federal Defender
9
                                       /s/ Benjamin Galloway
10                                     BENJAMIN GALLOWAY
                                       Assistant Federal Defender
11                                     Attorney for Defendant
                                       MARCUS PRIDE
12

13 DATED: May 17, 2012                 BENJAMIN B. WAGNER
                                       United States Attorney
14
                                       /s/ Benjamin Galloway for
15                                     JASON HITT
                                       Assistant U.S. Attorney
16                                     Attorney for Plaintiff

17

18                              **O R D E R**

19    Based on the stipulation of the parties and good cause appearing
20 therefrom, the Court hereby adopts the stipulation of the parties in
21 its entirety as its order.  It is hereby ordered that the presently set
22 May 22, 2012, status conference shall be continued to June 19, 2012, at
23 9:15 a.m..  It is further ordered that the time period from the date of
24 the parties' stipulation, May 17, 2012, through and including the date
25 of the new status conference hearing, June 19, 2012, shall be excluded
26 from computation of time within which the trial of this matter must be
27 commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161
28 (h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to
   prepare].

   Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time for effective preparation taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

   **IT IS SO ORDERED.**

DATED: May 21, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT