DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
MARCUS DESHAUN PRIDE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,         )
                                  )   CR. S. 11-170-LKK
            Plaintiff,            )
                                  )   **STIPULATION AND ORDER**
      v.                          )
                                  )   DATE:  August 7, 2012
MARCUS DESHAUN PRIDE,             )   TIME:  9:15 a.m.
                                  )   JUDGE: Hon. Lawrence K. Karlton
            Defendants.           )
                                  )
_____)

It is hereby stipulated and agreed to between the United States of America through JASON HITT, Assistant U.S. Attorney, and defendant, MARCUS DESHAUN PRIDE by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender that the status conference set for Tuesday, July 24, 2012, be continued to Tuesday, August 7, 2012, at 9:15 a.m., for status conference.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

It is further stipulated that the time period from the date of this stipulation, July 24, 2012, through and including the date of the new

1  status conference, August 7, 2012, shall be excluded from computation
2  of time within which the trial of this matter must be commenced under
3  the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv)and
4  Local Code T4 [reasonable time for defense counsel to prepare], and
5  that the ends of justice served by the granting of such continuance
6  outweigh the interests of the public and the defendant in a speedy
7  trial.

8  DATED: July 20, 2012                Respectfully submitted,

9                                      DANIEL J. BRODERICK
                                       Federal Defender

                                       /s/ Benjamin Galloway
11                                     BENJAMIN GALLOWAY
                                       Assistant Federal Defender
12                                     Attorney for Defendant
                                       MARCUS PRIDE

14  DATED: July 20, 2012               BENJAMIN B. WAGNER
                                       United States Attorney

                                       /s/ Benjamin Galloway for
16                                     JASON HITT
                                       Assistant U.S. Attorney
17                                     Attorney for Plaintiff

**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.  It is hereby ordered that the presently set July 24, 2012, status conference shall be continued to August 7, 2012, at 9:15 a.m..  It is further ordered that the time period from the date of the parties' stipulation, July 20, 2012, through and including the date of the new status conference hearing, August 7, 2012, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) and Local Code T4 [reasonable time for defense

**2**

counsel to prepare].

　　Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time for effective preparation taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

　　**IT IS SO ORDERED.**

DATED: July 23, 2012

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　LAWRENCE K. KARLTON
　　　　　　　　　　　　　　　　　SENIOR JUDGE
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT