```
DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
MARCUS DESHAUN PRIDE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                             )<br>            Plaintiff,       )<br>                             )<br>       v.                    )<br>                             )<br> MARCUS DESHAUN PRIDE,        )<br>                             )<br>            Defendants.      )<br> _____)  | Cr.S. 11-170-LKK<br><br>**ORDER AFTER HEARING**<br><br>DATE:   October 2, 2012<br>TIME:   9:15 a.m.<br>JUDGE:  Hon. Lawrence K. Karlton |

   This matter came before the Court for Status Conference on April 24, 2012, in the courtroom of the Honorable Lawrence K. Karlton, U.S. District Court Judge.  The government, represented by its counsel, Assistant United States Attorney Todd Leras for Assistant United States Attorney Jason Hitt, defense counsel for MARCUS DESHAUN PRIDE, Assistant Federal Defender Benjamin D. Galloway, and the defendant were present.

   Both counsel requested that the matter be set for a further status conference hearing on October 2, 2012, at 9:15 a.m., to provide the parties an opportunity to work toward a negotiated resolution of this case and to allow the defense sufficient time to complete additional

1  investigation.

2  IT IS HEREBY ORDERED that this matter be set for a further status
3  conference hearing on October 2, 2012, at 9:15 a.m..

4  IT IS FURTHER ORDERED that pursuant to 18 U.S.C. § 3161
5  (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4), the period
6  from August 28, 2012 to and including October 2, 2012, is excluded from
7  the time computations required by the Speedy Trial Act due to ongoing
8  preparation of counsel.

9  The Court specifically finds that the ends of justice served by
10 granting of such a continuance outweigh the interest of the public and
11 the defendant in a speedy trial.

12 DATED: September 28, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT