DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
MARCUS DESHAUN PRIDE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>MARCUS DESHAUN PRIDE,<br><br>            Defendants. | Cr.S. 11-170-LKK<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE; EXCLUDING TIME**<br><br>DATE:  November 27, 2012<br>TIME:  9:15 a.m.<br>JUDGE: Hon. Lawrence K. Karlton |
|---|---|

It is hereby stipulated and agreed to between the United States of America through JASON HITT, Assistant U.S. Attorney, and defendant, MARCUS DESHAUN PRIDE by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Tuesday, October 30, 2012, be continued to Tuesday, November 27, 2012 at 9:15 a.m. for status conference.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

It is further stipulated that the time period from the date of this stipulation, October 26, 2012, through and including the date of the

new status conference, November 27, 2012, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv)and Local Code T4 [reasonable time for defense counsel to prepare], and that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

DATED: October 26, 2012          Respectfully submitted,

                                          DANIEL J. BRODERICK
                                          Federal Defender

                                          /s/ Benjamin Galloway
                                          BENJAMIN GALLOWAY
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          MARCUS PRIDE

DATED: October 26, 2012          BENJAMIN B. WAGNER
                                          United States Attorney

                                          /s/ Benjamin Galloway for
                                          JASON HITT
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff

## **O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.  It is hereby ordered that the presently set October 30, 1012 status conference shall be continued to November 27, 2012 at 9:15 a.m.  It is further ordered that the time period from the date of the parties' stipulation, October 26, 2012, through and including the date of the new status conference hearing, November 27, 2012, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) and Local Code T4 [reasonable time

1  for defense counsel to prepare].
2      Based on the stipulation of the parties and good cause appearing
3  therefrom, the Court hereby finds that the failure to grant a
4  continuance in this case would deny defense counsel reasonable time for
5  effective preparation taking into account the exercise of due
6  diligence.  The Court specifically finds that the ends of justice
7  served by the granting of such continuance outweigh the interests of
8  the public and the defendant in a speedy trial.
9      **IT IS SO ORDERED.**
10 DATED: October 29, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT