```
DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
MARCUS DESHAUN PRIDE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>MARCUS DESHAUN PRIDE,<br><br>        Defendants. | NO. CR-S-11-170-LKK<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE; EXCLUDING TIME**<br><br>DATE:  December 18, 2012<br>TIME:  9:15 a.m.<br>JUDGE: Lawrence K. Karlton |

    It is hereby stipulated and a greed to between the United States of America through JASON HITT, Assistant U.S. Attorney, and defendant, MARCUS DESHAUN PRIDE by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Tuesday, November 27, 2012, be continued to Tuesday, December 18, 2012 at 9:15 a.m. for status conference.

    The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

    It is further stipulated that the time period from the date of this stipulation, November 16, 2012, through and including the date of the

1  new status conference, December 18, 2012, shall be excluded from
2  computation of time within which the trial of this matter must be
3  commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161
4  (h)(7)(B)(iv)and Local Code T4 [reasonable time for defense counsel to
5  prepare], and that the ends of justice served by the granting of such
6  continuance outweigh the interests of the public and the defendant in a
7  speedy trial.

8  DATED: November 16, 2012          Respectfully submitted,

9                                    DANIEL J. BRODERICK
                                     Federal Defender
10

11                                   /s/ Benjamin Galloway
                                     BENJAMIN GALLOWAY
12                                   Assistant Federal Defender
                                     Attorney for Defendant
13                                   MARCUS PRIDE

14

15 DATED: November 16, 2012          BENJAMIN B. WAGNER
                                     United States Attorney
16

17                                   /s/ Benjamin Galloway for
                                     JASON HITT
18                                   Assistant U.S. Attorney
                                     Attorney for Plaintiff
19

20                              **O R D E R**

21     Based on the stipulation of the parties and good cause appearing
22  therefrom, the Court hereby adopts the stipulation of the parties in
23  its entirety as its order.  It is hereby ordered that the presently set
24  November 27, 2012 status conference shall be continued to December 18,
25  2012 at 9:15 a.m.  It is further ordered that the time period from the
26  date of the parties' stipulation, November 16, 2012, through and
27  including the date of the new status conference hearing, December 18,
28  2012, shall be excluded from computation of time within which the trial

Stipulation/Order                      **2**

of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time for effective preparation taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

**IT IS SO ORDERED.**

DATED: November 19, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT