DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
MARCUS DESHAUN PRIDE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:11-cr-170 LKK |
| Plaintiff, ) | **ORDER AFTER HEARING** |
| v. ) | DATE: December 18, 2012 |
| ) | TIME: 9:15 a.m. |
| MARCUS DESHAUN PRIDE, ) | JUDGE: Hon. Lawrence K. Karlton |
| Defendant. ) | |

This matter came before the Court for Status Conference on December 18, 2012, in the courtroom of the Honorable Lawrence K. Karlton, U.S. District Court Judge. The government, represented by its counsel, Assistant United States Attorney Jason Hitt, defense counsel for MARCUS DESHAUN PRIDE, Assistant Federal Defender Benjamin D. Galloway, were present.

Both counsel requested that the matter be set for a further status conference hearing on January 29, 2013, at 9:15 a.m., to provide the parties an opportunity to work toward a negotiated resolution of this case and to allow the defense sufficient time to complete additional investigation.

1  IT IS HEREBY ORDERED that this matter be set for a further status
2  conference hearing on January 29, 2013, at 9:15 a.m..
3  IT IS FURTHER ORDERED that pursuant to 18 U.S.C. § 3161
4  (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4), the period
5  from December 18, 2012 to and including January 29, 2013, is excluded
6  from the time computations required by the Speedy Trial Act due to
7  ongoing preparation of counsel.
8  The Court specifically finds that the ends of justice served by
9  granting of such a continuance outweigh the interest of the public and
10 the defendant in a speedy trial.
11 DATED: December 19, 2012

_____
HONORABLE LAWRENCE K. KARLTON
Unite States District Court Judge