HEATHER E. WILLIAMS, Bar# 122664
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
MARCUS DESHAUN PRIDE


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:11-cr-170 LKK |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | **CONTINUING STATUS CONFERENCE** |
| | ) | **AND EXCLUDING TIME** |
| MARCUS DESHAUN PRIDE, | ) | |
| | ) | DATE:  June 11, 2013 |
| Defendant. | ) | TIME:  9:15 a.m. |
| | ) | JUDGE:  Lawrence K. Karlton |
| _____ | ) | |


It is hereby stipulated and a greed to between the United States of

America through JASON HITT, Assistant U.S. Attorney, and defendant,

MARCUS DESHAUN PRIDE by and through his counsel, BENJAMIN GALLOWAY,

Assistant Federal Defender, that the status conference set for Tuesday,

May 21, 2013, be continued to Tuesday, June 11, 2013 at 9:15 a.m. for

status conference.

The reason for this continuance is to allow defense counsel

additional time to review discovery with the defendant, to examine

possible defenses and to continue investigating the facts of the case.

It is further stipulated that the time period from the date of this

stipulation, through and including the date of the new status

1    conference, June 11, 2013, shall be excluded from computation of time

2    within which the trial of this matter must be commenced under the

3    Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv)and Local

4    Code T4 [reasonable time for defense counsel to prepare], and that the

5    ends of justice served by the granting of such continuance outweigh the

6    interests of the public and the defendant in a speedy trial.

7    DATED: May 16, 2013                Respectfully submitted,

8                                       HEATHER E. WILLIAMS
                                        Federal Defender
9

10                                      /s/ Benjamin Galloway
                                        BENJAMIN GALLOWAY
11                                      Assistant Federal Defender
                                        Attorney for Defendant
12                                      MARCUS PRIDE

13

14   DATED: May 16, 2013                BENJAMIN B. WAGNER
                                        United States Attorney
15

16                                      /s/ Benjamin Galloway for
                                        JASON HITT
17                                      Assistant U.S. Attorney
                                        Attorney for Plaintiff
18

19                          **O R D E R**

20       Based on the stipulation of the parties and good cause appearing

21   therefrom, the Court hereby adopts the stipulation of the parties in

22   its entirety as its order.  It is hereby ordered that the presently set

23   May 21, 2013 status conference shall be continued to June 11, 2013 at

24   9:15 a.m.  It is further ordered that the time period from the date of

25   the parties' stipulation, through and including the date of the new

26   status conference hearing, June 11, 2013, shall be excluded from

27   computation of time within which the trial of this matter must be

28   commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161

1  (h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to

2  prepare].

3      Based on the stipulation of the parties and good cause appearing

4  therefrom, the Court hereby finds that the failure to grant a

5  continuance in this case would deny defense counsel reasonable time for

6  effective preparation taking into account the exercise of due

7  diligence.  The Court specifically finds that the ends of justice

8  served by the granting of such continuance outweigh the interests of

9  the public and the defendant in a speedy trial.

10     **IT IS SO ORDERED.**

11  DATED:  May 20, 2013

12

13

14                              LAWRENCE K. KARLTON
15                              SENIOR JUDGE
16                              UNITED STATES DISTRICT COURT

17

18

19

20

21

22

23

24

25

26

27

28