```
HEATHER E. WILLIAMS, Bar# 122664
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
MARCUS DESHAUN PRIDE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                            )<br>             Plaintiff,      )<br>                            )<br>      v.                    )<br>                            )<br>MARCUS DESHAUN PRIDE,        )<br>                            )<br>             Defendant.      )<br>_____) | NO. 2:11-cr-170 LKK<br><br>**STIPULATION AND [PROPOSED]<br>ORDER CONTINUING STATUS<br>CONFERENCE AND EXCLUDING TIME**<br><br>DATE:   August 13, 2013<br>TIME:   9:15 a.m.<br>JUDGE:  Lawrence K. Karlton |

It is hereby stipulated and a greed to between the United States of America through JASON HITT, Assistant U.S. Attorney, and defendant, MARCUS DESHAUN PRIDE by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Tuesday, July 23, 2013, be continued to Tuesday, August 13, 2013 at 9:15 a.m. for status conference.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

It is further stipulated that the time period from the date of this stipulation, through and including the date of the new status

1  conference, August 13, 2013, shall be excluded from computation of time
2  within which the trial of this matter must be commenced under the
3  Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv)and Local
4  Code T4 [reasonable time for defense counsel to prepare], and that the
5  ends of justice served by the granting of such continuance outweigh the
6  interests of the public and the defendant in a speedy trial.

7  DATED: July 19, 2013                Respectfully submitted,

8                                      HEATHER E. WILLIAMS
                                       Federal Defender
9

10                                     /s/ Benjamin Galloway
                                       BENJAMIN GALLOWAY
11                                     Assistant Federal Defender
                                       Attorney for Defendant
12                                     MARCUS PRIDE

13

14 DATED: July 19, 2013                BENJAMIN B. WAGNER
                                       United States Attorney
15

16                                     /s/ Benjamin Galloway for
                                       JASON HITT
17                                     Assistant U.S. Attorney
                                       Attorney for Plaintiff
18

19                              **O R D E R**

20     Based on the stipulation of the parties and good cause appearing
21  therefrom, the Court hereby adopts the stipulation of the parties in
22  its entirety as its order.  It is hereby ordered that the presently set
23  July 23, 2013 status conference shall be continued to August 13, 2013
24  at 9:15 a.m.  It is further ordered that the time period from the date
25  of the parties' stipulation, through and including the date of the new
26  status conference hearing, August 13, 2013, shall be excluded from
27  computation of time within which the trial of this matter must be
28  commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161

(h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time for effective preparation taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

**IT IS SO ORDERED.**

DATED:   July 19, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT