HEATHER E. WILLIAMS, Bar# 122664
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
MARCUS DESHAUN PRIDE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,    )   NO. 2:11-cr-170 LKK
                             )
            Plaintiff,       )
                             )   **STIPULATION AND ORDER**
       v.                    )   **CONTINUING STATUS CONFERENCE**
                             )   **AND EXCLUDING TIME**
MARCUS DESHAUN PRIDE,        )
                             )   DATE:   September 10, 2013
            Defendant.       )   TIME:   9:15 a.m.
                             )   JUDGE:  Lawrence K. Karlton
_____)

It is hereby stipulated and a greed to between the United States of America through JASON HITT, Assistant U.S. Attorney, and defendant, MARCUS DESHAUN PRIDE by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Tuesday, August 13, 2013, be continued to Tuesday, September 10, 2013 at 9:15 a.m. for status conference.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case. It is further stipulated that the time period from the date of this stipulation, through and including the date of the new status conference, September 10, 2013,

1  shall be excluded from computation of time within which the trial of this
2  matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C.
3  §§ 3161 (h)(7)(B)(iv)and Local Code T4 [reasonable time for defense
4  counsel to prepare], and that the ends of justice served by the granting
5  of such continuance outweigh the interests of the public and the defendant
6  in a speedy trial.

7  DATED: August 8, 2013                Respectfully submitted,

8                                       HEATHER E. WILLIAMS
                                        Federal Defender
9

10                                      /s/ Benjamin Galloway
                                        BENJAMIN GALLOWAY
11                                      Assistant Federal Defender
                                        Attorney for Defendant
12                                      MARCUS PRIDE

13

14 DATED: August 8, 2013                BENJAMIN B. WAGNER
                                        United States Attorney
15

16                                      /s/ Benjamin Galloway for
                                        JASON HITT
17                                      Assistant U.S. Attorney
                                        Attorney for Plaintiff
18

19                                  **O R D E R**

20     Based on the stipulation of the parties and good cause appearing
21  therefrom, the Court hereby adopts the stipulation of the parties in its
22  entirety as its order.  It is hereby ordered that the presently set August
23  13, 2013 status conference shall be continued to September 10, 2013 at
24  9:15 a.m.  It is further ordered that the time period from the date of the
25  parties' stipulation, through and including the date of the new status
26  conference hearing, September 10, 2013, shall be excluded from computation
27  of time within which the trial of this matter must be commenced under the
28  Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) and Local

Stipulation/Order                          **2**

1  Code T4 [reasonable time for defense counsel to prepare].

2      Based on the stipulation of the parties and good cause appearing
3  therefrom, the Court hereby finds that the failure to grant a continuance
4  in this case would deny defense counsel reasonable time for effective
5  preparation taking into account the exercise of due diligence.  The Court
6  specifically finds that the ends of justice served by the granting of such
7  continuance outweigh the interests of the public and the defendant in a
8  speedy trial.

9      **IT IS SO ORDERED.**

10 DATED:   August 9, 2013

11                                    _____
12                                    LAWRENCE K. KARLTON
                                      SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT